AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Rose Hansen

v.

Wachovia Bank

**APPEARANCE**

Case Number: 08-5320

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Rose Hanson

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/13/2008 | *(signature)* |
| Date | Signature |
| | Jonathan Cohn — JC8974 |
| | Print Name — Bar Number |
| | 429 Forbes Avenue, Allegheny Building, Suit 1705 |
| | Address |
| | Pittsburgh — PA — 15219 |
| | City — State — Zip Code |
| | (412) 281-8400 — (412) 281-1007 |
| | Phone Number — Fax Number |