UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

ROSE HANSEN, individually, and on behalf of all others similarly situated, : No. 08 Civ. 5320 (SAS)

:

Plaintiff,

: **NOTICE OF ADDITIONAL APPEARANCE**

-against-

:

WACHOVIA CORPORATION, *et al.*,

:

Defendants.
------------------------------------------------------------ x

TO THE CLERK:

Kindly enter our appearances as additional counsel for Plaintiff and the putative class in the above-captioned matter. The undersigned certify that they are admitted to practice in this Court.

Dated: June 17, 2008

_____
Robert M. Roseman (RR-1103)
SPECTOR ROSEMAN & KODROFF, PC
1818 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 496-0300

_____
Theodore M. Lieverman (TL-3955)
SPECTOR ROSEMAN & KODROFF, PC
1818 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 496-0300