AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York _____

ROSE HANSEN

V.

WACHOVIA CORP., WACHOVIA BANK, N.A.;
JOHN D. BAKER, et al (SEE ATTACHED)

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**'08 CIV 5320 7**

TO: (Name and address of Defendant)

Benefits Committee
Wachovia Corporation
One Wachovia Center
Charlotte, NC  28288

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Louie Nikolaidis, Esq.
Lewis, Clifton & Nikolaidis
275 Seventh Avenue, Suite 2300
New York, NY 10001-6708

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON.

JUN 1 0 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 7/2/08   12:20 |
|---|---|
| NAME OF SERVER *(PRINT)* Willie Johnson | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Wachovia Center Charlotte. N.C.

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Joyce Camp Authorized Agent c/o

☐ Returned unexecuted:

Benefits Committee Wachovia Corp.

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __7-7-08__       _Willie Johnson_
            Date                Signature of Server

834 N. Church St.
Address of Server  Charlotte, NC 28206

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Best Legal Services, Inc.
1617 John F. Kennedy Blvd, Suite 1045
Philadelphia, PA 19103
Ph: (215) 567-7777
Fax: (215) 561-4546

S.S. [ ] Chk: #:
Orig. on File [ ]
Check w. Orig. [ ] Chk. #
Serv. Fee
Other Fees

Other Service:

**DEADLINE:** ████/2008

Received: 06/19/2008 @ 2:52 PM

**Job #: 35619**

Recipient:
**BENEFITS COMMITTEE WACHOVIA CORPORATION
ONE WACHOVIA CENTER
CHARLOTTE, NC, 28288**

Server: * *

Court Date:

Type of Service: **SUMMONS AND COMPLAINT**

Docket #:
**08-CV-5320**

Court: **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT – COUNTY OF NEW YORK**

Cust. Ref#:

Plaintiff: **ROSE HANSEN**

Defendant: **WACHOVIA CORP. ET AL**

*Joyce Camp 7/2/08 12:20*

Person Served: *Joyce Camp*     Relationship/Title: *Authorized Agent*

Date of Service: *7/2/08*     Time of Service: *12:20*

Sex: *F*   Skin Color: *WH*   Hair Color: *Brown*   Age: *50*   Height: *5'5*   Weight: *145*
Other:_____

Attempts:   Date:_____ Time:_____   Person Spoken To:_____

Date:_____ Time:_____

Date:_____ Time:_____

Remarks:_____

Our Client: **SPECTOR, ROSEMAN, &KODROFF**
**1818 MARKET STREET, 25TH FLOOR**
**PHILA. PA 19103**
Ph: 215-496-0300 — Fax: 215-496-6611
Occupation: **LawFirm/Client**

I ACKNOWLEDGE RECEIPT OF THE LEGAL DOCUMENTS LISTED ABOVE AND CONFIRM THAT THE NAMED PARTY IS NOT CURRENTLY IN ACTIVE MILITARY SERVICE. I FURTHER STATE I AM AUTHORIZED TO ACCEPT ALL LEGAL PROCESS ON BEHALF OF THE INTENDED RECIPIENT.

Rec'd By  **X** .................................................