UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WACHOVIA CORPORATION ERISA LITIGATION | Case No. 08 Civ. 5320 (NRB) |
| THIS DOCUMENT RELATES TO: *Welch*, No. 08-cv-06464-UA. | **NOTICE OF WITHDRAWAL OF MICHAEL GOLDBERG AND RICHARD A. MANISKAS AS CO-COUNSEL OF RECORD FOR PLAINTIFF MICHAEL WELCH WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4, Michael Goldberg and Richard A. Maniskas of Glancy Binkow & Goldberg LLP (collectively, "Movants") respectfully move for an order permitting them to withdraw as co-counsel of record for Plaintiff Michael Welch in the above-captioned matter without prejudice.  In support of this motion, Movants state the following:

1. On July 18, 2008, Plaintiff Welch filed a Class Action Complaint for Violations of the Employee Retirement Income Security Act of 1974, captioned *Welch v. Wachovia Corporation*, et al., No. 08-cv-06464-UA.

2. On July 31, 2008 this Court entered an Order consolidating the *Welch* action with the above-captioned matter, and set a September 5, 2008 deadline for the submission of motions for appointment as lead plaintiff.

3. Movants respectfully note that they have not filed any motions on behalf of Plaintiff Welch for appointment as lead plaintiff in the *Welch* action or in the above-captioned matter, and do not intend to do so.

4. This withdrawal is without prejudice to Plaintiff Welch, who continues to be represented by Robert I. Harwood and Jeffrey M. Norton of Harwood Feffer LLP.

Accordingly, Movants respectfully request that they be permitted to withdraw as co-counsel of record for Plaintiff Michael Welch.

                                          Respectfully submitted,

Dated: August 4, 2008          **HARWOOD FEFFER LLP**

                                          By: ___*s/ Jeffrey M. Norton*___
                                          Robert I. Harwood (RH-3286)
                                          Jeffrey M. Norton (JN-4827)
                                          488 Madison Avenue, 8th Floor
                                          New York, NY 10022
                                          Telephone:   (212) 935-7400
                                          Facsimile:   (212) 753-3630

                                          **GLANCY BINKOW & GOLDBERG LLP**
                                          Michael Goldberg
                                          Richard A. Maniskas
                                          1801 Avenue of the Stars, Suite 311
                                          Los Angeles, California 90067
                                          Telephone:   (310) 201-9150
                                          Facsimile:   (310) 201-9160

                                          *Attorneys for Plaintiff Michael Welch*

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WACHOVIA CORPORATION ERISA LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Welch*, No. 08-cv-06464-UA. | Case No. 08 Civ. 5320 (NRB)<br><br>[PROPOSED] ORDER GRANTING MOTION OF MICHAEL GOLDBERG AND RICHARD A. MANISKAS FOR WITHDRAWAL AS CO-COUNSEL OF RECORD FOR PLAINTIFF MICHAEL WELCH WITHOUT PREJUDICE |

## [PROPOSED] ORDER

The Court having considered the motion of Michael Goldberg and Richard A. Maniskas of Glancy Binkow & Goldberg LLP (collectively, "Movants") for withdrawal as co-counsel of record for Plaintiff Michael Welch without prejudice, pursuant to Local Civil Rule 1.4 (filed with the Court August 4, 2008), Movants' request for withdrawal as co-counsel for Plaintiff Michael Welch is GRANTED.


Dated: _____, 2008        By:_____
                                     HONORABLE NAOMI REICE BUCHWALD
                                     UNITED STATES DISTRICT JUDGE