UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE WACHOVIA CORPORATION          :
ERISA LITIGATION                    :
                                    :          MASTER FILE:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x    08 Civ. 5320 (NRB)
THIS DOCUMENT RELATES TO:           :
ALL ACTIONS                         :
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To the Clerk of this Court and all parties of record:

      Please enter the appearance of Myron D. Rumeld of Proskauer Rose LLP as counsel of record in this case for defendants.  I certify that I am admitted to practice in this Court.

Dated:  August 6, 2008
        New York, New York

                PROSKAUER ROSE LLP

                By: s/Myron D. Rumeld
                     Myron D. Rumeld
                1585 Broadway
                New York, New York 10036-8299
                P:  212.969.3021
                F:  212.969.2900
                *Attorneys for Defendants*