ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x
IN RE WACHOVIA CORPORATION       :
ERISA LITIGATION                 :
                                 :         MASTER FILE:
------------------------------------------------ x   08 Civ. 5320 (NRB)
THIS DOCUMENT RELATES TO:        :
ALL ACTIONS                      :
                                 :
------------------------------------------------ x

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PLEASE TAKE NOTICE that upon the annexed affidavit of Myron D. Rumeld and affidavit of Howard Shapiro, 650 Poydras Street, Suite 1800, New Orleans, LA 70130-6146, 504.310.4088 (ph), 504.310.2022 (fax), and the Certificate of Good standing annexed thereto, we will move this Court before the Honorable Naomi R. Buchwald at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Proskauer Rose LLP and a member in good standing of the Bar of the State of Louisiana, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel.

-2-

There are no pending disciplinary proceedings against the movant in any State or Federal court.

Dated: New York, New York
       August 5, 2008

Respectfully Submitted,

**PROSKAUER ROSE LLP**

By: /s/ Myron D. Rumeld
Myron D. Rumeld
1585 Broadway
New York, NY  10036
P: 212.969.3021
F: 212.969.2900
mrumeld@proskauer.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
IN RE WACHOVIA CORPORATION    :
ERISA LITIGATION              :
                              :     MASTER FILE:
------------------------------x     08 Civ. 5320 (NRB)
THIS DOCUMENT RELATES TO:     :
ALL ACTIONS                   :
                              :
------------------------------x

### AFFIDAVIT OF MYRON D. RUMELD IN SUPPORT OF MOTION TO ADMIT HOWARD SHAPIRO PRO HAC VICE

1. I am Myron D. Rumeld, counsel for defendants in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of defendants' motion to admit Howard Shapiro as counsel pro hac vice to represent defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on June 4, 1984. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Howard Shapiro for fifteen years.

4. I have found Mr. Shapiro to be a skilled attorney and a person of integrity and of high moral character. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of Mr. Shapiro, pro hac vice.

6. I respectfully submit a proposed order granting the admission of Mr. Shapiro, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Mr. Shapiro, pro hac vice, to represent defendants in the above-captioned matter, be granted.

Dated: August 5, 2008
New York, New York

Respectfully Submitted,

_____
MYRON D. RUMELD

Notary: _Beverly Walker_

BEVERLY WALKER
Notary Public, State of New York
No. 01WA6095180
Qualified in Bergen County
Certificate Filed in New York County
Commission Expires Oct. 31, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------- x
IN RE WACHOVIA CORPORATION      :
ERISA LITIGATION                :
                                :          MASTER FILE:
---------------------------------------------- x     08 Civ. 5320 (NRB)
THIS DOCUMENT RELATES TO:       :
ALL ACTIONS                     :
                                :
---------------------------------------------- x

## PROPOSED ORDER FOR ADMISSION
## PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Myron D. Rumeld, attorneys for defendants, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that Howard Shapiro, 650 Poydras Street, Suite 1800, New Orleans, LA 70130-6146, 504.310.4088 (ph), 504.310.2022 (fax), howshapiro@proskauer.com, is admitted to practice pro hac vice as counsel for in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: August __, 2008
       New York, NY

_____
United States District Judge Naomi R. Buchwald

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
IN RE WACHOVIA CORPORATION :
ERISA LITIGATION :
: MASTER FILE:
------------------------------- x 08 Civ. 5320 (NRB)
THIS DOCUMENT RELATES TO: :
ALL ACTIONS :
:
------------------------------- x

# AFFIDAVIT OF HOWARD SHAPIRO

HOWARD SHAPIRO, an attorney duly admitted to practice in the Courts of the State of Louisiana, pursuant to the Individual Rules and Procedures of this Court and Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, affirms as follows:

1. I am a partner with the law firm Proskauer Rose LLP, counsel for defendants in the above-captioned matter with Myron Rumeld.

2. I submit this Affidavit in support of defendants' motion for my admission to practice *pro hac vice* in this matter to argue or try this particular case in whole or in part as counsel or advocate.

3. As shown in the Certificate of Good Standing issued by the Supreme Court of the State of Louisiana and attached hereto as Exhibit 1, I am a member in good standing of the Bar of the State of Louisiana.

-2-

4. There are no pending disciplinary proceedings against me in any State or Federal court.

Dated: August 5, 2008
New Orleans, LA

                                        Respectfully Submitted,

                                        HOWARD SHAPIRO

Notary: _____

**CHARLES F. SEEMANN III**
**Notary Public**
**Notary ID No. 67002**
**State of Louisiana, Parish of Orleans**
**My Commission is issued for life**

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

## HOWARD SHAPIRO, ESQ., #11968

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 5th Day of October, 1979 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 24th Day of July, 2008, A.D.

Clerk of Court
Supreme Court of Louisiana

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
IN RE WACHOVIA CORPORATION      :
ERISA LITIGATION                :
                                :        MASTER FILE:
                                :        08 Civ. 5320 (NRB)
------------------------------ x
THIS DOCUMENT RELATES TO:       :
ALL ACTIONS                     :
                                :
------------------------------ x
```

## CERTIFICATE OF SERVICE

I, Russell L. Hirschhorn, Esq., an attorney associated with the firm of Proskauer Rose LLP and admitted to practice in the United States District Court for the Southern District of New York, do hereby certify and affirm that on August 6, 2008, I caused true and correct copies of: (i) Motion to Admit Counsel Pro hac Vice, (ii) Affidavit of Myron D. Rumeld, (iii) Affidavit of Howard Shapiro, and (iv) Proposed Order for Admission Pro hac Vice on Written Motion to be filed with the Clerk of the Court and served by electronic mail or facsimile on the following parties at the address designated for that purpose:

Louis Nikolaidis, Esq.
Lewis, Clifton & Nikolaidis, P.C.
275 Seventh Avenue, Suite 2300
New York, NY 10001-6708
lnikolaidis@lcnlaw.com

Robert M. Rosen, Esq.
Theodore M. Lieverman, Esq.
Spector Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
rroseman@srk-law.com
tlieverman@srk-law.com

Ellen M. Doyle, Esq.
Jonathan K. Cohn, Esq.
Stember Feinstein Doyle & Payne, LLC
429 Forbes Avenue
Pittsburgh, PA 15219
edoyle@stemberfeinstein.com
jcohn@stemberfeinstein.com

Edwin J. Mills, Esq.
Stull Stull & Brody
6 East 45th Street
New York, NY 10017
ssbny@aol.com

Joseph Gentile, Esq.
Ronen Sarraf, Esq.
Sarraf Gentile LLP
11 Hanover Square, 2nd Floor
New York, NY 10005
joseph@sarrafgentile.com
ronen@sarrafgentile.com

Major Khan, Esq.
Major Khan LLC
20 Bellevue Street
Weehawken, NJ 07086
mk@mk-llc.com

Wayne T. Boulton, Esq.
Robert A. Izard, Esq.
Schatz Nobel Izard P.C.
20 Church Street, Suite 1700
Hartford, CT 06103
rizard@snilaw.com
wboulton@izardnobel.com

Michael Fistel, Jr., Esq.
Corey D. Holzer, Esq.
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
E-107
Atlanta, GA 30338
cholzer@holzerlaw.com
mfistel@holzerlaw.com

Mark C. Rifkin, Esq.
Matthew Moylan Guiney, Esq.
Scott Jason Farrell, Esq.
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016
P: 212.545.4600
F: 212.545.4653
rifkin@whafh.com
guiney@whafh.com
farrell@whafh.com

David S. Preminger, Esq.
Keller Rohrback L.L.P.
275 Madison Avenue, Suite 1425
New York, NY 10016
dpreminger@kellerrohrback.com

Lynn Lincoln Sarko, Esq.
Derek W. Loeser, Esq.
Erin M. Riley, Esq.
Keller Rohrback L.L.P.(WA)
1201 3rd Avenue, Suite 3200
Seattle, WA 98101
lsarko@kellerrohrback.com
dloeser@kellerrohrback.com
eriley@kellerrohrback.com

Jeffrey A. Berens, Esq.
Dyer & Berens
682 Grant Street
Denver, CO 80203
jeff@dyerberens.com

Cornelius P. McCarthy, Esq.
Allegart Berger & Vogel LLP
111 Broadway, 20th Floor
New York, NY 10006
cmccarthy@abv.com

Ronald S. Kravitz, Esq.
Liner Yankelevitz Sunshine & Regenstreif LLP
199 Fremont Street, 20th Floor
San Francisco, CA 94108-2255
rkravitz@linerlaw.com

Jeffrey Michael Norton, Esq.
Robert I. Harwood, Esq.
Wechsler Harwood LLP
488 Madison Avenue, 8th Floor
New York, NY 10022
jnorton@hfesq.com
rharwood@hfesq.com

Robert L. Serenka, Jr., Esq. (by facsimile)
Woods Oviatt Gilman Sturman & Clarke
488 Madison Avenue, 8th Floor
New York, NY 10022
P: 212.935.7400
F: 212.753.3630

Michael M. Goldberg, Esq. (by facsimile)
Law Offices of Lionel Glancy
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
P: 310.201.9150
F: 310.201.9160

Richard A. Maniskas, Esq. (by facsimile)
Schiffrin & Barroway L.L.P.
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
P: 310.201.9150
F: 310.201.9160

Richard A. Lockridge, Esq.
Karen H. Riebel, Esq.
Elizabeth R. Odette, Esq.
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
ralockridge@locklaw.com
khriebel@locklaw.com
erodette@locklaw.com

Carolyn G. Anderson, Esq.
Timothy J. Becker, Esq.
Kristen D. Hedberg, Esq.
Zimmerman Reed
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402
cga@zimmreed.com
tjb@zimmreed.com
kdh@zimmreed.com

_____
Russell L. Hirschhorn