**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------X
IN RE WACHOVIA CORPORATION       :      MASTER FILE:
ERISA LITIGATION                 :      08 Civ. 5320 (NRB)
-------------------------------------------------X
                                 :
THIS DOCUMENT RELATES TO:        :
                                 :
WELCH V. WACHOVIA                :
CORPORATION, ET AL.,             :
NO.: 1:08-CV-6464                :
                                 :
-------------------------------------------------X
```

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Michael Welch, pursuant to Fed. R. Civ. P. Rule 41(a)(1), hereby voluntarily dismisses the above-captioned action without prejudice and without costs.

Dated: August 8, 2008

                                            Respectfully submitted,

                                            **HARWOOD FEFFER LLP**

                                            **s/ Jeffrey M. Norton**
                                            Robert I. Harwood (RH-3286)
                                            Jeffrey M. Norton (JN-4827)
                                            Roy Shimon (RS-7521)
                                            488 Madison Ave., 8th Floor
                                            New York, New York 10022
                                            Tel: (212) 935-7400
                                            Fax: (212) 753-3630

                                            *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Jeffrey M. Norton, hereby certify that on August 8, 2008, the foregoing **NOTICE OF VOLUNTARY DISMISSAL** was served by operation of the Court's electronic filing system on all parties indicated on the electronic filing receipt.

                                               _____s/ Jeffrey M. Norton_____
                                               JEFFREY M. NORTON
                                               HARWOOD FEFFER LLP