AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

In re Wachovia Corporation ERISA Litigation

APPEARANCE

Case Number: 08-cv-05320-NRB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs Robert M. Cominsky, Barbara Pegues, Sharon Creel and Peter J. Zeman

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/11/2008 | *signature* |
| Date | Signature |
| | Mark P. Kindall      MK 8761 |
| | Print Name      Bar Number |
| | 20 Church Street |
| | Address |
| | Hartford      CT      06103 |
| | City      State      Zip Code |
| | (860) 493-6292      (860) 493-6290 |
| | Phone Number      Fax Number |
| | mkindall@izardnobel.com |