UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
IN RE WACHOVIA CORPORATION           :    MASTER FILE
ERISA LITIGATION                     :    08-cv-05320-NRB
-----------------------------------------------------------
THIS DOCUMENT RELATES TO:            :
All Actions                          :
------------------------------------------------------------x
```

## NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF INTERIM LEAD AND LIAISON COUNSEL

PLEASE TAKE NOTICE THAT Plaintiffs Robert M. Cominsky, Barbara Pegues, Sharon Creel and Peter J. Zeman ("Cominsky Plaintiffs" or "Plaintiffs") hereby move this Court for the entry of a [Proposed] Order filed herewith which:

1.   appoints Izard Nobel LLP Interim Lead Counsel for the ERISA class plaintiffs; and

2.   appoints Sarraf Gentile LLP as Interim Liaison Counsel for the ERISA class plaintiffs.

**WHEREFORE**, for the reasons set forth in the supporting documents filed herewith, Plaintiff respectfully requests that this Court grant this motion and enter the [Proposed] Order filed herewith.

| | |
|---|---|
| Dated: August 26, 2008 | Respectfully submitted:<br><br>**SARRAF GENTILE LLP**<br><br> /s/ Ronen Sarraf<br>Ronen Sarraf<br>Joseph Gentile<br>11 Hanover Square, 2nd Floor<br>New York, NY 10005<br>Telephone: (212) 868-3610<br>Facsimile (212) 918-7967<br>*ronen@sarrafgentile.com*<br>*joseph@sarrafgentile.com*<br><br>Robert A. Izard<br>**IZARD NOBEL LLP**<br>20 Church St., 17th Floor<br>Hartford, CT 06103<br>Telephone: (860) 493-6292<br>Facsimile: (860) 493-6290<br>*rizard@izardnobel.com*<br><br>Edwin J. Mills<br>**STULL STULL & BRODY**<br>6 East 45th Street<br>New York, NY 10017<br>Telephone: (212) 687-7230<br>Facsimile: (212) 490-2022<br>*emills@ssbny.com*<br><br>Major Khan<br>**MAJOR KHAN LLC**<br>20 Bellevue Street<br>Weehawken, NJ 07086<br>Telephone: (646) 546-5664<br>Facsimile: (646) 546-5755<br>*mk@mk-llc.com*<br><br>**Attorneys for Robert M. Cominsky,**<br>**Barbara Pegues, Sharon Creel**<br>**and Peter J. Zeman** |