UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
IN RE WACHOVIA CORPORATION      :     Master File 08 Civ. 5320 (NRB)
ERISA LITIGATION                :     ECF Case
--------------------------------------------------------x
THIS DOCUMENT RELATES TO:       :     **NOTICE OF MOTION BY PLAINTIFF**
ALL ACTIONS                     :     **ROSE HANSEN FOR APPOINTMENT**
--------------------------------------------------------x     **OF INTERIM CO-LEAD COUNSEL**

   PLEASE TAKE NOTICE that Plaintiff Rose Hansen, by her attorneys, hereby move pursuant to Fed. R. Civ. P. 23(g)(C)(2)(A) and the Court's Order of August 13, 2008, for an order appointing Spector Roseman & Kodroff, P.C. and Stember Feinstein Doyle & Payne, LLC as Interim Co-Lead Counsel; and Lewis, Clifton & Nikolaidis, P.C. as Liaison Counsel for the putative class of ERISA plan participants.  In support of this motion, Plaintiffs rely on the accompanying Memorandum of Law and the Declaration of Theodore M. Lieverman with exhibits.  A Proposed Order is enclosed.

Date: August 26, 2008

                                         /s/  Louie Nikolaidis
                                        Louie Nikolaidis, Esq.
                                        LEWIS, CLIFTON & NIKOLAIDIS, P.C.
                                        275 Seven Avenue, Suite 2300
                                        New York, NY 10001-6708
                                        (212) 419-1500

Robert M. Roseman                       Ellen M. Doyle
Theodore M. Lieverman                   John Stember
Andrew D. Abramowitz                    Pamina Swing
Daniel J. Mirarchi                      Stephen M. Pincus
SPECTOR ROSEMAN & KODROFF, P.C.         Joel R. Hurt
1818 Market Street, Suite 2500          STEMBER FEINSTEIN DOYLE &
Philadelphia, PA 19103                    PAYNE, LLC
(215) 496-0300                          429 Forbes Avenue
                                        Pittsburgh, PA  15219
                                        (412) 281-8400

                                        *Attorneys for Plaintiff Rose Hansen*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------x
IN RE WACHOVIA CORPORATION        :     Master File 08 Civ. 5320 (NRB)
ERISA LITIGATION                  :     ECF Case
-------------------------------------------------------x
THIS DOCUMENT RELATES TO:         :
ALL ACTIONS                       :
-------------------------------------------------------x     ORDER
```

      WHEREAS, several Plaintiffs in the above consolidated actions have sought leave to file motions for appointment of Interim Lead Counsel; and

      WHEREAS by Order dated August 13, 2008, this Court allowed any such motions to be filed; and

      WHEREAS the Court has reviewed the various motions and responses, and having considered the merits of the motions; it is hereby

      ORDERED that pursuant to Fed. R. Civ. P. 23(g)(C)(2)(A), the Court appoints Spector Roseman & Kodroff, P.C. and Stember Feinstein Doyle & Payne, LLC as Interim Co-Lead Counsel for Plaintiffs and the putative class of ERISA plan participants.

      1.     Interim Co-Lead Counsel shall have ultimate authority over the following matters on behalf of all Plaintiffs in these consolidated actions: (a) convening meetings of counsel; (b) initiation, response, scheduling, briefing and argument of all motions; (c) the scope, order and conduct of all discovery proceedings; (d) such work assignments to other counsel as they may deem appropriate; (e) the retention of experts; (f) designation of which attorneys may appear at hearings and conferences with the Court; (g) the timing and substance of any settlement negotiations with defendants; and (h) other matters concerning the prosecution of the Plaintiffs' Class Actions. Interim Co-Lead Counsel shall be responsible for the overall direction and

administration of the Plaintiff Class Actions.

2.   No motion shall be initiated or filed on behalf of any plaintiff except through Interim Co-Lead Counsel.

3.   Interim Co-Lead Counsel and Liaison Counsel shall have sole authority to communicate with Defendants' Counsel and the Court on behalf of all Plaintiffs.  Defendants' Counsel may rely on all agreements made with Interim Co-Lead Counsel and such agreements shall be binding on all counsel in those respective actions.

4.   The organizational structure of Plaintiffs' counsel established herein shall apply to Plaintiffs' counsel in any other related action filed and consolidated subsequently.

5.   All Plaintiffs' counsel shall keep contemporaneous time records and shall periodically submit summaries or other records of time and expenses to Interim Co-Lead Counsel, or their designee.

6.   Each attorney not a member of the bar of this Court who is acting as counsel for a Plaintiff or Defendant herein shall be deemed admitted *pro hac vice* to practice before this Court in connection with these proceedings, provided that such counsel is admitted and in good standing in any federal district court.

IT IS FURTHER ORDERED that Lewis, Clifton & Nikolaidis, P.C. is appointed Liaison Counsel for Plaintiffs and the putative class of ERISA plan participants.  Liaison Counsel is charged with performing, on behalf of all Plaintiffs in the consolidated actions, administrative matters such as communications with clerical staff of the Court and with other counsel (including receiving and distributing notices, orders, motions and briefs on behalf of the group), advising parties of developments in the case and otherwise assisting in the coordination of activities and

positions.

Dated:   New York, New York
         September ____, 2008

                                             _____
                                             HON. NAOMI REICE BUCHWALD
                                             UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that Plaintiff Rose Hansen's Motion for Appointment of Interim Co-Lead Counsel, Memorandum of Law and Declaration of Theodore M. Lieverman were filed electronically and are available for viewing and downloading from the ECF system. These documents were also served via e-mail on the following counsel:

Myron D. Rumeld, Esq.
mrumeld@proskauer.com
Russell L. Hirschhorn, Esq.
rhirschhorn@proskauer.com
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

Norman E. Siegel, Esq.
siegel@stuevesiegel.com
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112

David S. Preminger, Esq.
dpreminger@kellerrohrback.com
Keller Rohrback L.L.P.
275 Madison Avenue, Suite 1425
New York, NY 10016

Lynn Lincoln Sarko, Esq.
lsarko@kellerrohrback.com
Derek W. Loeser, Esq.
dloeser@kellerrohrback.com
Keller Rohrback L.L.P.
1201 3rd Avenue, Suite 3200
Seattle, WA 98101

Cornelius Patrick McCarthy, Esq.
cmccarthy@abv.com
Allegaert Berger & Vogel LLP
111 Broadway, 20th floor
New York, NY 10006

Ronald S. Kravitz, Esq.
rkravitz@linerlaw.com
Liner Yankelevitz Sunshine &
Regenstreif, L.L.P.
199 Fremont Street, 20th floor
San Francisco, CA 94108-2255

Edwin J. Mills, Esq.
ssbny@aol.com
Stull Stull & Brody
6 East 45th Street, 5th floor
New York, NY 10017

Joseph Gentile, Esq.
joseph@sarrafgentile.com
Ronen Sarraf
ronen@sarrafgentile.com
Sarraf Gentile LLP
11 Hanover Square, 2nd floor
New York, NY 10005

Major Khan, Esq.
mk@mk-llc.com
Major Khan LLC
20 Bellevue Terrrace
Weehawken, NJ 07086

Robert A. Izard, Esq.
rizard@snilaw.com
Schatz Nobel Izard, P.C.
One Corporate Center
20 Church Street - Suite 1700
Hartford, CT 06103

Michael Fistel, Jr., Esq.
Corey D. Holzer, Esq.
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
E-107
Atlanta, GA   30338
cholzer@holzerlaw.com
mfistel@holzerlaw.com

Mark C. Rifkin, Esq.
Matthew Myland Guiney, Esq.
Scott Jason Farrell, Esq.
Wolf Haldenstein Adler Freeman & Herz  LLP
270 Madison Avenue
New York, NY   10016
rifkin@whafh.com
guiney@whafh.com
farrell@whafh.com

Jeffrey A. Berens, Esq.
Dyer & Berens
682 Grant Street
Denver, CO   80203
jeff@dyerberens.com


Dated: August 26, 2008                         /s/   Theodore M. Lieverman
                                              THEODORE M. LIEVERMAN